**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1520**

———————

FELICIA PFOUTS,

                                        Plaintiff - Appellant,

        versus

NORTH CAROLINA CENTRAL UNIVERSITY,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CA-02-16-1)

———————

Submitted:  July 10, 2003              Decided:  July 15, 2003

———————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Felicia Pfouts, Appellant Pro Se.  Celia Grasty Lata, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felicia Pfouts appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Pfouts v. North Carolina Central Univ.</u>, No. CA-02-16-1 (M.D.N.C. Mar. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>